# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURETTE GERDTS, *individually and on behalf of all others similarly situated*,<br>Plaintiff,<br>v.<br>LIVINGOOD RESOURCES, INC.,<br>Defendant. | Case No. 1:26-cv-03757-SAB<br>ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT REGARDING SERVICE AND READINESS FOR INITIAL SCHEDULING CONFERENCE<br>**AUGUST 20, 2026 DEADLINE** |

Plaintiff commenced this action on May 18, 2026. (ECF No. 1.) The initial scheduling conference is scheduled for August 27, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference where a defendant has not appeared and answered. At this time, Defendant Livingood Resources, Inc. has not answered or otherwise appeared, nor has a summons been returned executed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that, **on or before August 20, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendant; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for Defendant to appear in this action. Plaintiff is also ADVISED that she must comply with Federal Rule of Civil Procedure 4(m) and should move for an extension, demonstrating "good cause," should it be necessary.

IT IS SO ORDERED.

Dated: **August 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge